UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 NO. |
| THE BART GROUP, INC., ) | 13-11091-SDB |
| ) | |
| DEBTOR. ) | |

### ORDER APPROVING SALE

Th Application for Leave to Sell filed by the Trustee, A. Stephenson Wallace, having been noticed to creditors and other parties at interest, and no objection thereto have been filed by any party at interest, the Court finds that approval of the sale is in the best interests of the bankruptcy estate and all parties at interest, and therefore it is

**HEREBY ORDERED** that the Trustee is authorized to sell to Alfred Monsalvatge for the sum of Two Thousand ($2,000.000) the following described assets of the bankruptcy estate: guest bench; water feature; bar and matching bar stools; pictures and prints; wall clock; two (2) HP 1606 printers; Inkjet HP Scanner/Fax; computer; miscellaneous furnishings; Canon EX camera and lens set.

Dated at Augusta, Georgia this _____ day of _____, 2014.

_____
JUDGE, UNITED STATES
BANKRUPTCY COURT

PRESENTED BY:

/s/ A. Stephenson Wallace
A. STEPHENSON WALLACE
Chapter 7 Trustee
Ga. State Bar No. 733650